UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00344(09) |
|---|---|---|
| VERSUS | * | JUDGE FOOTE |
| TANJA CLAVIER(09) | * | MAG. JUDGE HANNA |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, TANJA CLAVIER, and adjudges her guilty of the offense charged in Count Two of the Superseding Indictment against her.

IT IS FURTHER ORDERED that this matter will be set for sentencing, at the court's earliest, available setting.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___ day of January, 2014

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE